# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: Barry, Jerry F

Debtor

§
§
§
§

Case No. 09 B 12407

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2009.

2) The plan was confirmed on 07/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/22/2010.

5) The case was converted on 10/12/2010.

6) Number of months from filing or conversion to last payment: 14.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $12,907.69.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $11,850.00 |
| Less amount refunded to debtor | $13.44 |

**NET RECEIPTS:** $11,836.56

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,464.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $676.81 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,140.81

Attorney fees paid and disclosed by debtor    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $4,216.00 | $4,426.15 | $4,426.15 | $4,426.15 | $0 |
| Great American Finance Company | Secured | $1,517.00 | $1,516.60 | $1,516.60 | $1,516.60 | $38.54 |
| AmeriCash Loans LLC | Unsecured | $1,230.32 | $415.90 | $415.90 | $19.90 | $0 |
| Arrowhead Investments | Unsecured | $390.00 | NA | NA | $0 | $0 |
| B & L Marketing | Unsecured | $260.00 | NA | NA | $0 | $0 |
| Baron's Creditor Svc | Unsecured | $1,668.32 | NA | NA | $0 | $0 |
| Brother Loan & Finance | Unsecured | $3,400.00 | $3,810.81 | $3,810.81 | $182.32 | $0 |
| Cash Advance | Unsecured | $391.00 | NA | NA | $0 | $0 |
| Cashnet | Unsecured | $427.55 | NA | NA | $0 | $0 |
| CBA | Unsecured | $486.00 | NA | NA | $0 | $0 |
| CBE | Unsecured | $454.16 | NA | NA | $0 | $0 |
| Certified Recovery | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $1,006.75 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $604.00 | $980.88 | $980.88 | $46.93 | $0 |
| Consolidated Public Services | Unsecured | $59.25 | NA | NA | $0 | $0 |
| Corporate America Family CU | Unsecured | $1,382.00 | $1,382.05 | $1,382.05 | $66.12 | $0 |
| CSI II DBA Loan Express | Unsecured | $756.24 | $906.30 | $906.30 | $43.36 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Devon Financial Services Inc | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Devon Financial Services Inc | Unsecured | $397.00 | $397.87 | $397.87 | $19.04 | $0 |
| ER Solutions | Unsecured | $1,416.00 | NA | NA | $0 | $0 |
| Gerald E Moore & Asscoiates, PC | Unsecured | $1,098.00 | NA | NA | $0 | $0 |
| Great American Finance Company | Unsecured | $157.00 | NA | NA | $0 | $0 |
| Greenlight Funding Group LLC | Unsecured | $390.00 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $0 | $14,434.24 | $14,434.24 | $690.61 | $0 |
| HSBC Auto Finance | Unsecured | $7,200.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $1,056.81 | $1,056.81 | $50.56 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $275.28 | $275.28 | $275.28 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $515.00 | $556.21 | $556.21 | $26.61 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $512.00 | $595.97 | $595.97 | $28.51 | $0 |
| Loan Express Company | Unsecured | $450.00 | NA | NA | $0 | $0 |
| M3 Financial Services | Unsecured | $2,048.00 | $1,060.70 | $1,060.70 | $50.75 | $0 |
| Medical Business Bureau Inc | Unsecured | $822.00 | NA | NA | $0 | $0 |
| Merchants | Unsecured | $323.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,259.00 | $1,261.90 | $1,261.90 | $60.37 | $0 |
| Midnight Velvet | Unsecured | $323.00 | $323.11 | $323.11 | $15.46 | $0 |
| MTE Financial | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Nationwide Loans LLC | Unsecured | $1,260.00 | $3,776.93 | $3,776.93 | $180.70 | $0 |
| Pay Day Loan | Unsecured | $470.00 | NA | NA | $0 | $0 |
| Payday Loan | Unsecured | $220.00 | NA | NA | $0 | $0 |
| PLS Financial | Unsecured | $1,319.76 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $2,512.00 | $2,424.17 | $2,424.17 | $115.98 | $0 |
| Shegich Management | Unsecured | $4,025.00 | NA | NA | $0 | $0 |
| SIR Finance Corporation | Unsecured | $1,012.00 | $783.00 | $783.00 | $37.46 | $0 |
| SJM Marketing | Unsecured | $520.00 | NA | NA | $0 | $0 |
| Soloman Financial Inc | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Talk America | Unsecured | $232.28 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $590.46 | NA | NA | $0 | $0 |
| United Cash Loans | Unsecured | $450.00 | NA | NA | $0 | $0 |
| Universal Lenders Inc | Unsecured | $2,467.35 | $1,667.58 | $1,667.58 | $79.78 | $0 |
| Vengroff, Williams, & Associates | Unsecured | $274.85 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $113.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $1,516.60 | $1,516.60 | $38.54 |
| **TOTAL SECURED:** | $1,516.60 | $1,516.60 | $38.54 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $4,426.15 | $4,426.15 | $0 |
| **TOTAL PRIORITY:** | $4,426.15 | $4,426.15 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $36,109.71 | $1,714.46 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,140.81 |
| Disbursements to Creditors | $7,695.75 |
| **TOTAL DISBURSEMENTS:** | $11,836.56 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: November 2, 2010          By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)